# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KWASI K. PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-085 |
| | ) | |
| DIONNE LOYD, | ) | |
| SHERIKA DYKES, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
Scott L. Poff, Clerk
United States District Court

*By jburrell at 2:19 pm, May 29, 2018*

## **ORDER**

*Pro se* plaintiff Kwasi Perry has filed this 42 U.S.C. § 1983 action alleging defendants have damaged his property. *See* doc. 1 at 5. The Court granted his motion to proceed *in forma pauperis*. Doc. 3. He returned the Consent to Collection of Fees from Trust Account form. Doc. 4. However, the Prisoner Trust Fund Account Statement was returned blank. Doc. 5. The Court assumes that the blank form was returned inadvertently.

Accordingly, it will give Perry another chance to submit a *completed* form. Within 30 days from the date of this Order, Perry must furnish the enclosed Prisoner Trust Fund Account Statement to the

1

trust (financial) officer of each prison where he has been confined for the past six months. The trust officer will complete and sign the form and return it, with any supporting documents, to plaintiff for submission to the Court. The Clerk is DIRECTED to enclose a blank copy of the form with this Order for Perry's convenience. **Failure to place the completed form in his prison's mail system within 30 days of the date of this Order shall result in a recommendation of dismissal.** *See* Fed. R. Civ. P. 41.

**SO ORDERED,** this <u>29th</u> day of May, 2018.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA