IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KWASI K. PERRY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-085
 )
DIONNE LOYD, and SHERIKA )
DYKES, )
 )
    Defendants. )
 )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of November 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA