# United States District Court
## Southern District of Georgia

KWASI K. PERRY,

Plaintiff,

v.

DIONNE LOYD, AND SHERIKA DYKES,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:18CV-085

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated 11/14/18, adopting the U.S. Magistrate Judge's Report and Recommendations as the opinion of this court, this case is dismissed without prejudice. This case stands closed.

November 15, 2018
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*